IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

EARL-RAY NICHOLS                                                                PLAINTIFF

v.                              CASE NO: 3:13CV00204 JLH

EMPTY POCKETS FLYING SERVICE, INC.
et al.                                                                                          DEFENDANTS

## ORDER

The parties in this action have reached a settlement following a conference before United States Magistrate Judge J. Thomas Ray. Pursuant to a confidentiality agreement that will be entered into by the parties, and which has been made part of the settlement, any digital recording, stenographic transcript, or any other Court record setting forth the terms of the settlement will remain under seal.

IT IS SO ORDERED this 6th day of May 2015.

_____
UNITED STATES MAGISTRATE JUDGE